# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 10-80003-CR-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**SHIRLEY JOHANNA SUAREZ,**
    **Defendant.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 48], dated December 17, 2014. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, January 20, 2015,** at **10:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 19th day of December, 2014.

**copy furnished:**
AUSA Ellen L. Cohen
AFPD Peter V. Birch
United States Marshal's Service
United States Probation Office

                                  Daniel T. K. Hurley
                              United States District Judge